[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-16071
Non-Argument Calendar

_____

D.C. Docket No. 4:00-cr-00041-RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC BROOKS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(July 11, 2012)

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges

PER CURIAM:

Chet Kaufman, on behalf of Randolph P. Murrell, Federal Public Defender

and appointed counsel for Eric Brooks in this appeal from the revocation of

Brooks's supervised release, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Brooks's supervised release and his sentence are **AFFIRMED**.